# In The United States Court of Federal Claims

No. 13-686T

(Filed: November 6, 2013)

_____

DAVID MILLAR,

            Plaintiff,

  v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On November 4, 2013, defendant filed an unopposed motion for enlargement of time. The motion is hereby **GRANTED**. Accordingly, on or before January 14, 2014, defendant shall file a response to plaintiff's complaint. **No further enlargements of this deadline will be granted.**

    **IT IS SO ORDERED**.

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge